## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF A SUBPOENA ISSUED TO OATH HOLDINGS, INC. FOR INFORMATION RELATED TO EMAIL ACCOUNT, khalil.naji45@yahoo.com | Case No.   MJ 19-0093-B<br><br>Filed Under Seal |

### MOTION TO SEAL DOCUMENTS

COMES NOW the United States, by and through its attorney, the United States Attorney for the Southern District of Alabama, and moves the Court to seal the application and associated documents in the above-captioned matter for twelve (12) months.

Government agents from the Federal Bureau of Investigation are currently investigating individuals suspected of alleged criminal activity. This investigation is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the investigation may seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. The United States therefore requests that the application and other associated documents all be sealed for twelve (12) months. Should the investigation or need for sealing continue beyond this date, or should unsealing the matter be appropriate prior to the expiration of the twelve (12) months, the United States will submit an additional motion.

WHEREFORE, the United States moves the Court to seal the case regarding the above-captioned matter for twelve (12) months.

Respectfully Submitted,

RICHARD W. MOORE
UNITED STATES ATTORNEY

By:  */s/ Christopher J. Bodnar*

**CHRISTOPHER J. BODNAR**
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845